UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| PAUL D. LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 5:06-CV-085-C |
| JO ANNE B. BARNHART, | ) | ECF |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff is appealing an adverse decision of the Defendant, Jo Anne B. Barnhart,

Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate

Judge filed her Report and Recommendation on October 26, 2006.  No written objections have

been filed.  It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are

hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and

-numbered cause is hereby dismissed with prejudice.

Dated November 15, 2006.

SAM R. CUMMINGS
UNITED STATES DISTRICT COURT